# United States District Court
# For The Western District of North Carolina
# Asheville Division

Christopher Taylor,

    Plaintiff(s),

vs.

Jack Pierce, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:09cv52

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 5, 2010 Order.

Signed: March 10, 2010

Frank G. Johns, Clerk
United States District Court